

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

_____

No. 02-24-00456-CV

_____

IN RE REDEMPTION DENTAL SOLUTIONS FRISCO, LLC, AMY CRITZ, HAYLEE DAVIS, AND JUSTIN KENDALL, Relators

---

Original Proceeding
431st District Court of Denton County, Texas
Trial Court No. 22-9834-431

---

Before Walker, Bassel, and Wallach, JJ.
Per Curiam Memorandum Opinion

## MEMORANDUM OPINION

The court has considered relators' petition for writ of mandamus and is of the opinion that the petition should be dismissed as moot. Accordingly, relators' petition for writ of mandamus is dismissed as moot.

Per Curiam

Delivered: October 17, 2024